IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| WILLIE J. FUTCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV410-192 |
| | ) |
| CHATHAM COUNTY DETENTION | ) |
| CENTER; DEPARTMENT OF | ) |
| CORRECTIONS OF THE STATE OF | ) |
| GEORGIA, d/b/a CHATHAM COUNTY | ) |
| DETENTION CENTER; STATE OF | ) |
| GEORGIA; PRISON HEALTH | ) |
| SERVICES; and CHATHAM COUNTY, | ) |
| GEORGIA, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## O R D E R

Before the Court is Defendant Prison Health Services, Inc. and Defendant Chatham County Detention Center's ("Defendants") Motion to Strike. (Doc. 39.) Plaintiff did not file any response to the motion. After careful consideration, the motion is **DISMISSED AS MOOT**.

On February 8, 2012, the Court dismissed Defendants' original motion for summary judgment and took the amended summary judgment motion under advisement. (Doc. 45.) The order provided that the Court will not consider or accept "any documents filed in response or reply to that original motion" when ruling on the amended motion. (Id. at 2.) Responses to the amended motion (Doc. 41) and statement of

material facts (Doc. 43) were due on March 2, 2012. Plaintiff did not file any responses thereto. Because Defendants seek to strike information contained in Plaintiff's response to the original summary judgment motion, the motion to strike is **DISMISSED AS MOOT**.

SO ORDERED this 7th day of March 2012.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA